AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America <br> v. <br><br> Sahil Narang <br> *Defendant(s)* | Case No. 1:19MJ27LDA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the _____ District of Rhode Island, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343, | Wire Fraud; |
| 18 U.S.C. § 1344, | Bank Fraud; |
| 18 U.S.C. § 2326, and | Telemarketing or email marketing fraud; and |
| 18 U.S.C. § 1349. | Conspiracy and/or attempt to commit the aforementioned frauds. |

This criminal complaint is based on these facts:

See attached Affidavit of Craig A. Graham, Special Agent, Federal Bureau of Investigation ("FBI").

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Craig A. Graham, Special Agent ~ FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/29/19

_____
*Judge's signature*

City and state:  Providence, Rhode Island      Lincoln D. Almond, Magistrate Judge
*Printed name and title*