# Exhibit 1



| Sahil Narang | | Home Find Friends Create | 46 |

Timeline  About  Friends  Photos  More

**DO YOU KNOW SAHIL?**

If you know Sahil, send him a message.

Intro

Lives in Gurgaon, Haryana

Posts from 2017

Photos

 Sahil Narang updated his cover photo.
July 19, 2017 ·

Friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices  · Cookies
· More
Facebook © 2019



23

Share



# Exhibit 2

**This document view has been recorded (explain). Collaboration is enabled Click here to disable.**

SPT-DocStat v.1 2006

**UNCLASSIFIED/FOR OFFICIAL USE ONLY** - Information Protected under INA 222(f) and 9 FAM 40.4
This record cannot be transferred or reproduced in its entirety without permission of the Department of State -- Bureau of Consular Affairs (Visa Services)

## NIV Applicant Detail:



**Issuing Post Name**
NEW DELHI (NWD)

**Application Date**
20160610

**Surname**
NARANG

**Given Name**
SAHIL

**Passport Number**
J0959477, Regular

**Gender**
MALE

**Date of Birth**
26AUG1991

**Nationality**
INDIA (IND)

**Place of Birth**
INDIA (IND)

| Class | Entries | Issued Date | Expiration Date | Foil Number |
|---|---|---|---|---|
| B1/B2 | MULTIPLE | 20160613 | 20260609 | L2404403 |

**Validity (Months)**
120

**Annotation**

## Related SAO Applications:
Related SAO Links

## Adjudication History

| Adjudication Date | Status |
|---|---|
| 20160613 | Issued |

## Foil History

| Foil Number | Class | Date Printed | Foil Status |
|---|---|---|---|
| L2404403 | B1/B2 | 20160613 | Finished (F) |

## Application Data

| | | | |
|---|---|---|---|
| Passport Number: | J0959477 | Birth Place City: | GURGAON |
| Passport Issue Date: | 20100807 | Passport Expires: | 20200806 |
| Passport City: | GURGAON IND | Passport Country: | INDIA (IND) |

**Address:**

HOUSE NO-1674, HBC, SECTOR 10 A

City: GURGAON  
State: HARYANA  
Country: INDIA (IND)  
Postal Code: 122001  
Visa Type: REGULAR (R)  
National ID:  
Occupation:  COMPUTER SCIENCE  
Employer: WEBNINJAZ TECHNOLOGIES PVT LTD  
Petitioner Name:  
INS Petition ID:  
STC Name: /  
Telephone:  
9999093505 (HOME)  
(WORK)  
9313805959 (OTHER)  
Applicant Email: SAHIL.ZEBIT@GMAIL.COM  
Contact Name:  
Contact Phone(s):  

Arrival Date: 20160615

## Previous Visa:

Visa Code  
Date Issued

## Aliases:

Alias Surname  
Alias Given Name



# Exhibit 3



# Exhibit 4

