PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION　☐ INDICTMENT　☒ COMPLAINT　　CASE NO. *1:19MJ27 LDA*

Matter Sealed: ☐ Juvenile　☐ Other than Juvenile
☐ Pre-Indictment Plea　☐ Superseding　☐ Defendant Added
　　　　　　　　　　　☐ Indictment　☐ Charges/Counts Added
　　　　　　　　　　　☐ Information

USA vs.
Defendant: **Sahil Narang**

Address: REDACTED

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — RHODE ISLAND
DISTRICT OF RHODE ISLAND — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: **AARON L. WEISMAN**
☒ U.S. Atty　☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): **Milind M. Shah**

Birth Date: REDACTED

Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**FBI ~ Craig A. Graham, Special Agent**

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. Atty　☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: **RHODE ISLAND** County

Issue: ☒ Warrant　☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
　☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD　☐ CJA　☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts **4**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attachment | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

## ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

DEFENDANT: Sahil Narang

COUNT I: 18 U.S.C. § 1343: Wire Fraud – Felony.

MAXIMUM PENALTIES: Imprisonment: 20 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

COUNT II: 18 U.S.C. § 1344: Bank Fraud – Felony.

MAXIMUM PENALTIES: Imprisonment: 30 years; Supervised release: 5 years; Fine: $1,000,000; and Special assessment: $100.

COUNT III: 18 U.S.C. § 2326: Telemarketing or email marketing fraud – Felony.

MAXIMUM PENALTIES: Imprisonment: 5 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

COUNT IV: 18 U.S.C. § 1349: Conspiracy to commit the aforementioned frauds – Felony.

MAXIMUM PENALTIES: Imprisonment: 30 years; Supervised release: 5 years; Fine: $250,000; and Special assessment: $100.