PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
AARON L. WEISMAN
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)
Milind M. Shah

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI ~ Craig A. Graham, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
LDA/19-mj-027

Place of offense RHODE ISLAND    County

CASE NO. 1:20CR111JJM-LDA

USA vs.
Defendant: Sahil Narang

Address: ▮▮▮▮▮

☐ Interpreter Required   Dialect: _____

Birth Date ▮▮1991   ☑ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number _____

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date 5/1/2019 ___ or Date Transferred to Federal Custody ___

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): George W. West, Esq.
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☑ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 11

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1349 | Conspiracy to Commit Wire Fraud | ☒ Felony ☐ Misdemeanor |
| | Imprisonment: 30 years/ Fine: $250,000 | Supervised release: 5 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
| 2-11 | 18 U.S.C. §§ 1343 | Wire Fraud | ☒ Felony ☐ Misdemeanor |
| | Imprisonment: 20 years/ Fine: $250,000 | Supervised release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
| | | Trial: 5 days | ☐ Felony ☐ Misdemeanor |