UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
v.

SAHIL NARANG

Criminal Case Nos.  20-cr-111-JJM

19-mj-27-LDA

## MOTION TO UNSEAL CRIMINAL COMPLAINT AND AFFIDAVIT

The Government requests that the criminal complaint and associated affidavit in the above-captioned matters be unsealed.  The investigation, which was on-going, has now come a close, and there is no longer a need for sealing.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

AARON L. WEISMAN
United States Attorney

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  milind.shah@usdoj.gov

## CERTIFICATE OF SERVICE

On this day, December 7, 2020, I sent this motion to unseal to Defendant's counsel, George West at gjwest@georgejwestlaw.com.

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903