IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| | : | |
| V. | : | C.A. NO:  1:20- CR-111 |
| | : | |
| SAHIL NARANG | : | |
| Defendant | : | |

**MOTION TO EXPEDITE
SENTENCING**

Now comes the Defendant, Sahil Narang, by and through his attorney, George J. West, and moves that the Court will order that sentencing in this matter be expedited.  Defendant seeks to preserve an opportunity to seek consideration for a sentence which allows for release.  The rationale for this request is that Defendant suffered the loss of his mother to COVID-19, 52 years of age on November 21, 2020 and that his father is ill with the virus as well as his two brothers who reside with him.  A gentlemen who provides maintenance service to the family is likewise positive for the virus.  Plaintiff seeks the Court's consideration that he be released to be able to care for his remaining family members.  Upon information and belief conditions concerning the virus are quite dire in his home area and medical services scant.  He urgently seeks to provide assistance for his family at this time.  Plaintiff submits the attached Appendix containing his medical records of family members and death certificate of his mother for consideration in connection with this motion.

Respectfully submitted,

Defendant Sahil Narang,
By his attorney,

/s/ George J. West
George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 Fax

Dated:  December 10, 2020

## CERTIFICATION

I, the undersigned, do hereby certify that on the 10th day of December, 2020, I caused the within Defendant's Motion to be filed on the ECF System and thereby served via the same upon Milind M. Shah, Esq., Assistant U.S. Attorney.

/s/ George J. West