AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island ☐▾

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No.   CR 20-111JJM |
| | ) |
| Sahil Narang | ) |
| _____ | ) |
| *Defendant* | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____12/11/2020_____                    /s/Sahil Narang
                                                        *Defendant's signature*

                                                     /s/ George West
                                                   *Signature of defendant's attorney*

                                                     George West
                                                   *Printed name of defendant's attorney*

                                                     *Judge's signature*

                               John J. McConnell, Jr. Chief US District Judge
                                                   *Judge's printed name and title*