**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, : | | |
| **Plaintiff** | **:** | |
| | **:** | |
| **V.** | **:** | **CA. No.:  20-cr-0111 JJM** |
| | **:** | |
| **Sahil Narang** | **:** | |
| **Defendant** | **:** | |

**MOTION TO ENLARGE THE TIME TO FILE**
**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT,**

**NOW** comes the Defendant, Sahil Narang, and moves that the court enter an order extending the time to file objections to the Presentence Investigation Report afor an additional period of ten (10) days from the date hereof.  The reason for this request is that Defendant's counsel requires additional time to discuss the Presentence Investigation Report with Defendant due to limited availability of Zoom Video Conference slots at Wyatt.

Currently, an additional ten (10) days is requested.

Respectfully submitted,
Defendant Jordan Monroe
By his attorney,

/s/ George J. West
George J. West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI  02903-2215
(401) 861-9042
(401) 861-0330 Fax

Dated: January 22, 2021

CERTIFICATION

I, the undersigned, do hereby certify that on the 22cd day of January, 2021, I caused the within Defendant's Motion for Extension of Time to be filed on the ECF System and thereby served via the same upon Milind Shaw Esq., Assistant U.S. Attorney.

/s/ George J. West